AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 20- mj-03686 | 8/12/2020 at 1030 hrs | FBI-LAFO and US Fish and Wildlife Services |

Inventory made in the presence of :
FBI-LAFO and US Fish and Wildlife Services

Inventory of the property taken and name of any person(s) seized:

Five miscellaneous bracelets; one Rolex Watch; one flower pin; one diamond necklace; twelve miscellaneous rings; eleven pairs of miscellaneous earrings; a black iPhone (A1660) (BCG-E3085A) (579C-E3085A); a black Samsung device (cracked screen/damaged); a black iPhone (A1660) (BCG-E3085A)(579C-E3085A);a white iPhone (cracked) (model unknown); a black TCL device (model unknown); a silver iPhone (A1688)(BCG-E2946A)(579C-E2946A); a gold iPhone (cracked) (model unknown); a silver iPhone (BCG-E2945A)(579-E2945A)(356596082005064); a black Motorola device (model unknown); a rose gold iPhone (model unknown); a dark gray Samsung with case (IMEI 359620100276072); a black Samsung device with case (model unknown); a silver iPhone (A1633)(BCG-E2946A)(579C-E2946A); a silver iPhone (damaged); a black iPhone (model unknown); a damaged iPhone (model unknown); a peach iPhone 5 (model A1633)(BCG-E2946A)(579C-E2946A); a peach iPhone (BCGE2816A)(579C-E2816A)(354409061820101); a laptop computer – C02T68LVGTFL; a iMac computer – C02KG5F7DNCW; a laptop computer H0CJ3D1;a cell phone - red (model unknown); a cell phone – iPhone/Charcoal/cracked; a cell phone – peach/cracked/iPhone; a cell phone – IMEI/silver/354525111000962; a computer – D25JW2CNDNCR; a thumb drive; a Samsung portable SSD; a EOS C300 Cannon Camera; and a set of bank documents 4 (four) pages.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____8/12/2020_____

_____
Executing officer's signature

FBI SA MADISON MACDONALD
Printed name and title